IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD R. MARQUETTE,

      Petitioner,                    No. CIV S-08-2264 KJM P

   vs.

SHASTA COUNTY SUPERIOR COURT, et al.

      Respondents.              ORDER

/

         Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

         Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

         Court records show that petitioner has previously filed a habeas petition, challenging a different aspect of the same Shasta County conviction. Marquette v. Shasta County, Civ. No. 08-845 GEB KJM P. If this action were to proceed, it would undermine the AEDPA's prohibition of piecemeal litigation of habeas proceedings. See Ochoa v. Sirmons, 485 F.3d 538, 539-40 (10th Cir. 2007). The court expresses no opinion on the question whether

1  plaintiff may properly amend the currently pending petition to include the claims he has
2  attempted to raise here.
3              IT IS THEREFORE ORDERED that this action be dismissed.
4  DATED: October 6, 2008.

                                        _____
                                        U.S. MAGISTRATE JUDGE

8  2
9  marq2264.2d